# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **DEEP GAP FARM, INC., GEORGE G. LEVIN and GAYLA SUE LEVIN,** )<br>)<br>**Plaintiffs** )<br>)<br>v )<br>)<br>**CHARLES AUSBURN and DEEP GAP CATTLE & TIMBER CO., L.L.C.,** )<br>)<br>**Defendants** ) | CIVIL NO. 1:04CV249 |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* of Woodrow "Mac" Melvin, Jr., to appear as counsel for the plaintiffs in this matter. Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Woodrow "Mac" Melvin, Jr. is hereby granted special admission to the bar of this court, payment of the admission fee having been paid to the Clerk of this court.

**Signed: July 18, 2005**

Dennis L. Howell
United States Magistrate Judge