# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:04cv249

| | |
|---|---|
| DEEP GAP FARM, INC.; GEORGE G. LEVIN; and GAYLA SUE LEVIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )     **ORDER OF**<br>)     **DISMISSAL** |
| CHARLES AUSBURN; and DEEP GAP CATTLE & TIMBER CO., LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court in accordance with the provisions of 28, United States Code, Section 636(c), and upon defendants' Motion to Dismiss and plaintiffs' timely response. Review of the pleadings reveals that this court lacks diversity jurisdiction over this matter. The court appreciates the fine manner in which respective counsel have resolved the instant motion. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss (#43) is **GRANTED,** and this action is **DISMISSED** without prejudice for lack of jurisdiction.

**Signed: August 18, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge